PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 01 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edward Ratliff          Case Number: 4:07CR00127-005 SWW

Name of Sentencing Judicial Officer: Honorable Susan Webber Wright
United States District Judge

Original Offense: Conspiracy to Possess With Intent to Distribute Methamphetamine

Date of Sentence: May 6, 2008

Original Sentence: 168 months Bureau of Prisons followed by 5 years supervised release

September 12, 2008: Rule 35: Sentence reduced to 101 months Bureau of Prisons with all other terms and conditions to remain unchanged and in full force and effect

Type of Supervision: Supervised Release          Date Supervision Commenced: August 31, 2015
                                                  Date Supervision Expires: August 30, 2020

U. S. Probation Officer: Jessica R. Powell    Asst. U.S. Attorney: Anne Gardner    Defense Attorney: To be appointed

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**The defendant will reside and participate in a residential reentry center at the City of Faith in Little Rock, Arkansas, for a period of six months to commence immediately when placement is established, and will abide by all the rules and regulations of that facility.**

## CAUSE

On July 14, 2016, Mr. Ratliff's conditions of supervised release were modified to include he shall not associate with Bridgett Burkett unless granted to do so by the probation officer. On October 20, 2016, Mr. Ratliff admitted to having contact with Ms. Bridgette Burkett and signed an admission form. Mr. Ratliff was verbally admonished and re-instructed as to the terms of his supervised release.

On October 27, 2016, Ms. Burkett was found hiding in Mr. Ratliff's home during an unannounced home visit. Mr. Ratliff admitted Ms. Burkett was staying at his residence due to their unemployed status, lack of transportation, and lack of finances.

Prob 12B                  - 2 -              Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Edward Ratliff             Case Number: 4:07CR00127-005 SWW

In an effort to address the offender's reentry needs and noncompliance, it is respectfully recommended the conditions of his supervision be modified to include six months in the residential reentry center at the City of Faith in Little Rock, Arkansas.

On November 3, 2016, Federal Public Defender Jenniffer Horan was contacted telephonically to review the Waiver of Hearing to Modify Conditions of Supervised Release with Mr. Ratliff. After speaking with Ms. Horan, Mr. Ratliff signed the Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

_____
Jessica R. Powell
U.S. Probation Officer

Date: November 8, 2016

_____
Anne Gardner
Assistant U.S. Attorney

Date: 11-23-16

Approved by:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Honorable Susan Webber Wright
United States District Judge

12-1-2016
Date

Prob 12B - 3 - Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Edward Ratliff                Case Number: 4:07CR00127-005 SWW

c: Edward Ratliff, 6105 Father Tribou St., Apt 11, Little Rock, AR 72205
Assistant U.S. Attorney Anne Gardner, P.O. Box 1229, Little Rock, AR 72203
Federal Public Defender, Jenniffer Horan, 1401 West Capitol Ave, Suite 490, Little Rock, AR 72201