# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                    NO. 4:07CR00127-005  SWW

EDWARD RATLIFF                                                              DEFENDANT

## ORDER

The above entitled cause came on for hearing January 25, 2017 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding petition to revoke defendant's supervised release [doc #782] be **granted** and defendant's supervised release is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **NINE (9) MONTHS** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated as close to central Arkansas as possible to be close to family; and that he participate in substance abuse treatment during incarceration.

There will be **TWO (2) YEARS** of supervised release following the term of incarceration. All previous conditions previously imposed remain in full force and effect. In addition, the defendant will be subject to the following special conditions of supervised release:

  1. Defendant will serve the first FOUR (4) MONTHS of supervised release in a residential re-entry facility under the supervision and guidance of the U. S. Probation Office.

  2. Defendant will participate, under the guidance and supervision of the U. S. Probation

Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant will not associate with Bridgett Burkett unless granted permission to do so by the probation officer.

The defendant is directed to report to the U. S. Marshal Service by ***noon on Monday, February 6, 2017*** for transport to the designated facility. The defendant will remain at the residential re-entry center, City of Faith, until the report date.

IT IS SO ORDERED this 26th day of January 2017.

/s/Susan Webber Wright

United States District Judge